UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

JESSICA N. BRIDGES and ROBERT D. BRIDGES,

    Plaintiffs,

vs.

KEIR MILLER, LUIS SORIA, GARY DARNIELLE and LANE COUNTY, OREGON.

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 6: 26-00051-AA

CERTIFICATE OF SERVICE

I, Kyle McDonald, certify that on the 25th day of February, 2026 at 10:15 AM, I Served by Office Service a true copy of the Summons and Complaint in this matter on Lane County, Oregon at Lane County Counsel, Public Service Bldg., 125 E. 8th, Eugene. OR 97401 by delivering said documents to Andrew Hapata the person apparently in charge at said location where said Lane County, Oregon maintains an office for the conduct of business during working hours.

I further certify that on the above date I did cause to be mailed, in a first class, postage paid, sealed envelope, a true copy of the Summons and Complaint in this matter together with this statement of the date, time, place, and person to which office service was made to Lane County, Oregon at the above address.

//

CERTIFICATE OF SERVICE- 1

I certify that I am a competent person, over the age of 18, a resident of the State of Oregon, not a party or an officer, director, or employee of, nor an attorney for any party, corporate or otherwise. I know that the person, firm, or corporation served is the identical one named in the action.

I hereby declare that the above statements are true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Dated this 25th day of February, 2026

Kyle McDonald