MALLORY R. BEEBE, OSB #115138
mallory.beebe@lanecountyor.gov
Lane County Office of Legal Counsel
125 East Eighth Avenue
Eugene, OR 97401-2992
Telephone: (541) 682-4442
*Of Attorneys for Lane County, Keir Miller, and Luis Soria*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JESSICA N. BRIDGES AND ROBERT D. BRIDGES,<br><br>Plaintiffs,<br><br>v.<br><br>KEIR MILLER, LUIS SORIA, GARY DARNIELLE AND LANE COUNTY, OREGON,<br><br>Defendants. | Case No. 6:26-cv00051-AA<br><br>DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO DISMISS COMPLAINT |

I, Mallory R. Beebe, declare as follows:

1. I am counsel for Defendants Lane County, Keir Miller, and Luis Soria.
2. Attached as Exhibit 1 is a true and accurate copy of the Certified Mail Receipt showing mailing of an Order to Comply dated May 18, 2023 to Jessica Bridges at her address of 83821 N. Enterprise Rd., Pleasant Hill, OR 97455, along with the Certified Mail Return Receipt showing that the Order was received on May 20, 2023 by a person representing themselves as an agent of Jessica Bridges at Jessica Bridges' residence, 83821 N. Enterprise Rd., Pleasant Hill, OR 97455.

3. Attached as Exhibit 2 is a true and correct copy of the Certified Mail Receipt showing mailing of an Order to Comply dated September 1, 2023 to Jessica and Robert Bridges at their address of 83821 N. Enterprise Rd., Pleasant Hill, OR 97455, along with the Certified Mail Return Receipt with a label from the United States Postal Service which states "RETURN TO SENDER, REFUSED, UNABLE TO FORWARD" date stamped by USPS on September 17, 2023.
4. Attached as Exhibit 3 is a true and correct copy of the Certified Mail Receipt showing mailing of an Order of Civil Penalty dated January 9, 2024 to Jessica and Robert Bridges at their address of 83821 N. Enterprise Rd., Pleasant Hill, OR 97455, along with the Certified Mail Return Receipt with a label from the United States Postal Service which states "RETURN TO SENDER" and date stamped January 20, 2024 by USPS.
5. Attached as Exhibit 4 is a true and correct copy of the Notice of Failure to Comply dated December 18, 2023 directed to Plaintiffs.

I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND THIS DECLARATION IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED this 18th day of March, 2026.

LANE COUNTY OFFICE OF LEGAL COUNSEL

By: *s/ Mallory R. Beebe*

Mallory R. Beebe, OSB #115138
Attorney for Defendants Lane County, Keir Miller, and Luis Soria

# CERTIFICATE OF SERVICE

I, Mallory R. Beebe, hereby certify that I am the attorney for the Defendants Lane County, Keir Miller, and Luis Soria herein; that I served the Plaintiffs the foregoing **DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO DISMISS COMPLAINT**, on the 18th day of March 2026, to the following:

Jessica and Robert Bridges
83821 N. Enterprise Rd.
Pleasant Hill, OR 97455
Hockey_princess2@yahoo.com;
rbridges0713@gmail.com

Plaintiff

_XX__ Postage prepaid and deposited in the United States Post Office at Eugene, Oregon.

_____ CM/ECF.

_____ Delivered personally by me or by a member of my staff.

_XX__ Electronic Mail to Hockey_princess2@yahoo.com; rbridges0713@gmail.com

_____ Facsimile Transmission, fax #: _________________.

By: *s/ Mallory R. Beebe*
Mallory R. Beebe, OSB #115138
LANE COUNTY OFFICE OF LEGAL COUNSEL
125 East Eighth Avenue
Eugene, Oregon 97401
(541) 682-4442
mallory.beebe@lanecountyor.gov
Of Attorneys for Lane County, Keir Miller, and Luis Soria

**EXHIBIT**
**1**

Lane County
LAND MANAGEMENT DIVISION
3050 NORTH DELTA HIGHWAY
EUGENE, OREGON 97408
PHONE: 541-682-4065
WEB: www.lanecounty.org/lmd

| | | |
|---|---|---|
| **LANE COUNTY** | ) | |
| **v.** | ) | |
| **Jessica Bridges** | ) | **ORDER TO COMPLY**<br>**FILE: 509-CA23-00117** |

Lane County has verified that you have failed to comply with **Lane Code 9.057.584 Accumulation, Collection, Storage, or Disposal of Solid Waste or Waste,** on property located at **83821 N Enterprise Rd, Pleasant Hill**, Assessor's Map and Taxlot **19 02 03 00 00706,** because **there has been an accumulation of solid waste on the property.**

*See next page for Code Citations.*

Information available to Lane County indicates that you are the person who is responsible for the property **19 02 03 00 00706,** in that you are listed in Lane County property records as the owner of the property.

**YOU ARE HEREBY ORDERED** as follows:

> On or before ***June 8, 2023***, you must have removed all solid waste, debris and discarded vehicle parts from the property

If you fail to comply with this ORDER, you will become subject to a Notice of Failure to Comply, including a penalty up to $2,000 per day.

If you have any questions concerning this ORDER or would like to request an inspection to demonstrate compliance, you may contact Aaron Staniak at 541-682-3525 or aaron.staniak@lanecountyor.gov.

Dated this **18th** day of **May 2023**.

**Aaron Staniak**
Lane County Compliance Officer
Public Works Land Management Division
541-682-3525 | aaron.staniak@lanecountyor.gov

*Lane County Land Management staff are available, Monday – Friday, 9:00 AM – 3:00 PM, at the Customer Service Center 3050 North Delta Hwy, Eugene, Oregon.*

## List of Referenced Codes:

**9.057.584 Accumulation, Collection, Storage, or Disposal of Solid Waste or Waste**

A. The following things, practices or conditions shall constitute a nuisance and no person responsible shall cause or permit such condition to exist: Any accumulation, collection, storage, or disposal of solid waste, waste, garbage, liquid waste, refuse, rubbish, sewage sludge, demolition materials or fill dirt, if any of the aforementioned materials are offensive or hazardous to the public health and safety.

B. The following conditions are presumed to be offensive or hazardous to the public health and safety:

   1. Accumulation of any material capable of providing vector or rodent harborage or which may create a fire hazard;

   2. Premises that are in such a state or condition as to cause an offensive odor or that are in an unsanitary condition;

C. This section shall not apply where the person responsible is licensed by lawful authority to conduct the otherwise unpermitted activity.

7020 2450 0001 4127 9561

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage

Postmark
Here

Jessica Bridges
83821 N Enterprise Rd
Pleasant Hill, OR 97455

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jessica Bridges
83821 N Enterprise Rd
Pleasant Hill, OR 97455

9590 9402 5738 0003 8700 36

2. Article Number *(Transfer from service label)*

7020 2450 0001 4127 9561

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X Billy Jones ☒ Agent ☐ Addressee

B. Received by *(Printed Name)* B Jones

C. Date of Delivery 5/20/23

D. Is delivery address different from item 1? ☐ Yes

If YES, enter delivery address below: ☒ No

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

PORTLAND OR 972
20 MAY 2023 PM 6 L

9590 9402 5738 0003 8700 36

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Aaron Staniak
LMD Code Compliance
3050 N Delta Hwy
Eugene, OR 97408

RECEIVED MAY 22 2023

OTC CA23-117 5-18-23

**EXHIBIT 2**

Lane County
LAND MANAGEMENT DIVISION
3050 NORTH DELTA HIGHWAY
EUGENE, OREGON 97408
PHONE: 541-682-4065
WEB: www.lanecounty.org/lmd

| | |
|---|---|
| **LANE COUNTY** ) | |
| v. ) | **ORDER TO COMPLY** |
| **Jessica N. & Robert D Bridges** ) | **FILE: CA23-00265** |

Lane County has verified that you have failed to comply with **Lane Code 9.057.582, Nuisance Vehicle Storage**, on property located at Assessor's Map **19-02-03** and Tax Lot **700,** because there are inoperable vehicles being stored on the property.

**Lane Code 9.057.582, Nuisance Vehicle Storage**
The following things, practices or conditions shall constitute a nuisance and no person responsible shall cause or permit such condition to exist:
B.
Storing or permitting the storing of more than three inoperable vehicles upon private property within the County and not described in LC 9.057.582A, unless the vehicle is completely enclosed within a building, or is not visible from any public way and is located more than two hundred (200) feet from any property line, or unless it is stored on the premises in connection with a lawfully conducted business.

Information available to Lane County indicates that you are the persons who are responsible for the property, in that you are listed in Lane County property records as the owners of the property.

**YOU ARE HEREBY ORDERED** as follows:

1) On or before **September 19, 2023** you must have removed all inoperable vehicles from the property and not relocate them to Assessor's Map **19-02-03** and Tax Lot **706** to prevent further compliance action.

If you fail to comply with this ORDER, you will become subject to a Notice of Failure to Comply, including a penalty up to $2,000 per day.

If you have any questions concerning this ORDER or would like to request an inspection to demonstrate compliance, you may contact Luis Soria at 541-682-3525 or luis.soria@lanecountyor.gov.

Dated this **1** day of **September 2023**.

______________________________
**Luis Soria**
Lane County Compliance Officer
Public Works Land Management Division
541-682-3525 | luis.soria@lanecountyor.gov

*Lane County Land Management staff are available, Monday – Friday, 9:00 AM – 3:00 PM, at the Customer Service Center 3050 North Delta Hwy, Eugene, Oregon.*

7020 2450 0001 4127 9738

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

| | |
|---|---|
| Certified Mail Fee<br>$ | CA23-00265 |
| Extra Services & Fees *(check box, add fee as appropriate)*<br>☐ Return Receipt (hardcopy) $<br>☐ Return Receipt (electronic) $<br>☐ Certified Mail Restricted Delivery $<br>☐ Adult Signature Required $<br>☐ Adult Signature Restricted Delivery $ | Postmark<br>Here<br>OTC |
| Postage<br>$ | |
| **Total Postage and Fees**<br>$ | 8/31/23 |

*Sent To* BRIDGES

*Street and Apt. No., or PO Box No.*

*City, State, ZIP+4®*

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

CERTIFIED MAIL®

PUBLIC WORKS DEPARTMENT
LAND MANAGEMENT DIVISION
3050 N. DELTA HIGHWAY
EUGENE, OREGON 97408-1636

PORTLAND OR 972
2 SEP 2023 PM 3 L

7020 2450 0001 4127 9738

quadient
FIRST-CLASS MAIL
IMI
$008.53
08/31/2023 ZIP 97408
043M31227464
US POSTAGE

Refused

RECEIVED SEP 18 2023

Jessica & Robert Bridges
83821 Enterprise Rd
Pleasant Hill, OR 97455

NIXIE 971 DE 1 0009/17/23
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 97408163650 *1267-00735-02-43

9400921579260190

REF

OTC

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jessica & Robert Bridges
83821 Enterprise Rd
Pleasant Hill, OR 97455

9590 9402 5738 0003 8701 35

2. Article Number *(Transfer from service label)*

7020 2450 0001 4127 9738

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

OTL

**EXHIBIT 3**

Lane County
LAND MANAGEMENT DIVISION
3050 NORTH DELTA HIGHWAY
EUGENE, OREGON 97408
PHONE: 541-682-4065
WEB: www.lanecounty.org/lmd

**BEFORE THE LANE COUNTY HEARINGS OFFICIAL**

| | | |
|---|---|---|
| **LANE COUNTY** | ) | |
| | ) | **ORDER OF CIVIL PENALTY** |
| v. | ) | **File: CA23-00265** |
| | ) | |
| **Jessica N. & Robert D. Bridges** | ) | |
| | ) | |

On **December 18, 2023**, a Notice of Failure to Comply was issued to **Jessica N. & Robert D. Bridges** because of the failure to comply with **Lane Code 9.057.582, Nuisance Vehicle Storage,** occurring on property located at Assessor's Map and Tax Lot **19-02-03-00-00700.** The Notice of Failure to Comply included a reference to the Code provisions involved, provided a statement of the matters asserted as a failure to comply, a statement of the amount of the penalty and all relevant dates. The Notice of Failure to Comply was issued more than five days after an Order to Comply with **Lane Code 9.057.582, Nuisance Vehicle Storage,** was served upon Jessica N. & Robert D. Bridges. The Notice of Failure to Comply informed Jessica N. & Robert D. Bridges that they were subject to a penalty of <u>$780.00 per day</u> until the failure to comply was corrected.

The Notice of Failure to Comply informed Jessica N. & Robert D. Bridges of their rights to appeal the Notice of Failure to Comply and the appropriate method to calculate the time within which they must file their appeal if they wished to appeal the Notice of Failure to Comply.

The time for filing an appeal has expired. Jessica N. & Robert D. Bridges, as the persons responsible for the failure to comply with **Lane Code 9.057.582, Nuisance Vehicle Storage** at the property located at Assessor's Map and Tax Lot **19-02-03-00-00700** has not filed an appeal in the form required by **Lane Code 5.025.035(A)** within the time allowed for such an appeal. The Director's designee has informed the Hearings Official that the failure to comply has not been corrected. The civil penalty is now final as a matter of law.

**THEREFORE, JESSICA N. & ROBERT D. BRIDGES ARE HEREBY ORDERED TO PAY $7800.00**

Failure to correct the failure to comply may also result in continuing penalties of <u>$780.00 or greater each day</u> hereafter until the failure to comply with **Lane Code 9.057.582, Nuisance Vehicle Storage** is corrected. Failure to pay the civil penalty may constitute a failure to comply of the Lane Code each day that the penalty remains uncollected. If, after 60 days this penalty remains unpaid, the total amount of the penalty will be recorded as a lien on the property located at Assessor's Map and Tax Lot **19-02-03-00-00700.**

Dated this 9th day of **January 2024**.

Gary Darnielle, Lane County Hearings Official

7021 2720 0003 1073 2939

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee<br>$ | CA23-00265 |
| Extra Services & Fees *(check box, add fee as appropriate)*<br>☐ Return Receipt (hardcopy) $ ____<br>☐ Return Receipt (electronic) $ ____<br>☐ Certified Mail Restricted Delivery $ ____<br>☐ Adult Signature Required $ ____<br>☐ Adult Signature Restricted Delivery $ ____ | Postmark<br>Here |
| Postage<br>$ | |
| **Total Postage and Fees**<br>$ | OCP 1/9/2024 |

*Sent To* BRIDGES

*Street and Apt. No., or PO Box No.*

*City, State, ZIP+4®*

**PS Form 3800, April 2015** PSN 7530-02-000-9047 **See Reverse for Instructions**

PUBLIC WORKS DEPARTMENT
LAND MANAGEMENT DIVISION
3050 N. DELTA HIGHWAY
EUGENE, OREGON 97408-1636

CERTIFIED MAIL

7021 2720 0003 1073 2939

quadient
FIRST-CLASS MAIL
IMI
$008.53
01/09/2024 ZIP 97408
043M31227464
US POSTAGE

RECEIVED JAN 22 2024

Ref

Jessica N. & Robert D. Bridges
83821 N Enterprise Rd
Pleasant Hill, OR 9745

NIXIE 971 FE 1 0001/20/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 97408163650 *1579-00897-20-19

UTF
97408>1636

OCP

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Jessica N. & Robert D. Bridges
8382 N Enterprise Rd
Pleasant Hill, OR 97455

9590 9402 7116 1251 3293 29

2. Article Number *(Transfer from service label)*

7021 2720 0003 1073 2939

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

...dress different from item 1? ☐ Yes
...delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
...Mail
...Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

**EXHIBIT 4**

Lane County
LAND MANAGEMENT DIVISION
3050 NORTH DELTA HIGHWAY
EUGENE, OREGON 97408
PHONE: 541-682-4065
WEB: www.lanecounty.org/lmd

**BEFORE THE LANE COUNTY HEARINGS OFFICIAL**

| | | |
|---|---|---|
| **LANE COUNTY** | ) | |
| | ) | |
| **v.** | ) | **NOTICE OF FAILURE TO COMPLY** |
| | ) | |
| **Jessica N. & Robert D. Bridges** | ) | **File: CA23-00265** |
| | ) | |

You have been assessed a civil penalty of **$780.00 per day**, beginning on **December 21, 2023** and continuing until the violations of **Lane Code 9.057.582, Nuisance Vehicle Storage** have been corrected at the property located at Assessor's Map and Tax Lot **19-02-03-00-00700.**

On **September 1, 2023** you ordered to comply with **Lane Code 9.057.582, Nuisance Vehicle Storage**, by removing all inoperable vehicles from the property and not relocate them to Assessor's Map and Tax Lot **19-02-03-00-00706.** The **September 1, 2023**, Order to Comply directed you to comply with the Lane Code requirements by **September 19, 2023.**

A site investigation of the property on **December 1, 2023** documented the nuisance vehicle storage remain unabated on the property.

Your failure to comply has resulted in a civil penalty being assessed against you. Until further notice, the amount of the penalty is **$780.00 for each day** that the violation continues. This penalty has been calculated according to the formula set forth in section 5.005.020 of the Lane Manual.

You may appeal this penalty. To do so, you must submit a written response stating in detail your reasons for appeal. This shall be submitted to the Lane County Land Management Division at 3050 N. Delta Highway, Eugene, Oregon 97408 along with the required **$1,500.00 appeal fee**. In accordance with Lane Manual 5.005.025, in lieu of paying the entire appeal fee initially, an appellant may deposit $100.00 of the required appeal fee with the request for an appeal. The remainder of the appeal fee shall be due and payable if the appeal is denied, and shall be added to the accrued penalty. You must file your completed appeal and the deposit within thirteen (13) days of the date of this Notice. The Penalty will become final if no appeal is filed.

Dated this 18th day of December 2023.

__________________

**Keir Miller, Land Management Division Manager**
**Lane County Land Management**