CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing ANSWER TO PLAINTIFFS' COMPLAINT BY DEFENDANT GARY DARNIELLE; DEMAND FOR JURY TRIAL on Plaintiffs on Wednesday, March 18, 2026, by notice of electronic filing using the CM/ECF System, and by First Class Mail as follows to:

> Jessica N. Bridges
> 83821 N. Enterprise Road
> Pleasant Hill, OR  97455
> > *Plaintiff, Pro Se*
>
> Robert D. Bridges
> 83821 N. Enterprise Road
> Pleasant Hill, OR  97455
> > *Plaintiff, Pro Se*

> /s/ Sarah R. Henderson
> FRANZ & HENDERSON
> Sarah R. Henderson          OSB #153474
> E-Mail:  srhenderson@franzlaw.comcastbiz.net
> P.O. Box 62
> Springfield, Oregon 97477
> Telephone:  (541) 741-8220
> Of Attorneys for Defendant Gary Darnielle