Robert Bridges

83821 N Enterprise Rd

Pleasant Hill, Oregon 97455

rbridges0713@gmail.com

Pro Se Plaintiff

FILED 15 APR '26 14:00 USDC-ORE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**EUGENE DIVISION**

**JESSICA N. BRIDGES, et al.,**

Plaintiffs,

v.

**KEIR MILLER, et al.,**

Defendants.

Case No. 6:26-cv-00051-AA

**PLAINTIFFS' AMENDED OPPOSITION TO DEFENDANTS' MOTION TO DISMISS WITH DECLARATION AND EXHIBITS**

FILED 15 APR '26 14:01 USDC-ORE

**DECLARATION OF ROBERT BRIDGES**

I, Robert Bridges, declare as follows:

1. I am a Plaintiff in this action and have personal knowledge of the facts stated in this declaration.

2. The attached exhibits are true and correct copies of emails exchanged between myself and Luis Soria concerning Lane County's nuisance vehicle enforcement as applied to my property.

3. The correspondence attached as Exhibits A through D is submitted in support of Plaintiffs' opposition to Defendants' Motion to Dismiss.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: 4-15-26

[signature]

Robert Bridges

Pro Se Plaintiff

# EXHIBIT INDEX

Exhibit A -- Email from Robert Bridges to Luis Soria, September 5, 2023.

Exhibit B -- Response from Luis Soria, September 5, 2023.

Exhibit C -- Follow-Up Email from Robert Bridges, September 6, 2023.

Exhibit D -- Email from Robert Bridges, January 9, 2024.

**EXHIBIT A**

**EMAIL FROM ROBERT BRIDGES TO LUIS SORIA**

**September 5, 2023**

**From:**Robert Bridges <rbridges0713@gmail.com>

**Sent:**September 5, 2023, 10:45 AM

**To:**luis.soria@lanecountyor.gov

Good morning,

I am contacting you today regarding Lane County assisting my neighbors in harassing my family and me. I believe there is a concern about vehicles on my property. However, the Lane Code section 9.057.582 that you cited omits most of the relevant language.

Storing or permitting to be stored in excess of ninety (90) days within any consecutive twelve (12) month period an unregistered or inoperable vehicle or portion thereof, or two or more unregistered or inoperable vehicles at any one (1) time on any private property in those areas within Urban Growth Boundaries of incorporated cities or within developed and committed areas designated Community or zoned RR-5, RR-2, RR-1 or RA in the Lane County Rural Comprehensive Plan on August 1, 1987, unless the vehicle is completely enclosed within a building, or is not visible from any public way and is located more than two hundred (200) feet from any property line, or unless it is stored on the premises of a business enterprise dealing in used vehicles lawfully conducted within the County.

My property is neither in an urban growth boundary nor is it in one of the zones listed in the paragraph. My property is zoned EFU-40. So I fail to see how your letter to me could be relevant. Thank you for your time.

**EXHIBIT B**

**RESPONSE FROM LUIS SORIA**

**September 5, 2023**

**From:**Luis Soria <luis.soria@lanecountyor.gov>

**To:**Robert Bridges

Robert,

Thank you for reaching out. The area of code cited in the letter mailed to you includes the portion of the code that applies to your zone, EFU. You are correct that the portion of the code you included in your email is for areas zoned RR. I have included the entire citation. Section B (highlighted in yellow) applies to your property. Please let me know if you have any additional questions.

**Lane Code 9.057.582, Nuisance Vehicle Storage**

The following things, practices, or conditions shall constitute a nuisance and no person responsible shall cause or permit such condition to exist:

**A.**Storing or permitting to be stored in excess of ninety (90) days within any consecutive twelve (12) month period an unregistered or inoperable vehicle or portion thereof, or two or more unregistered or inoperable vehicles at any one (1) time on any private property in those areas

within Urban Growth Boundaries of incorporated cities or within developed and committed areas designated Community or zoned RR-5, RR-2, RR-1 or RA in the Lane County Rural Comprehensive Plan on August 1, 1987, unless the vehicle is completely enclosed within a building, or is not visible from any public way and is located more than two hundred (200) feet from any property line, or unless it is stored on the premises of a business enterprise dealing in used vehicles lawfully conducted within the County.

**B.**Storing or permitting the storing of more than three inoperable or more than ten (10) operable vehicles upon private property within the County and not described in LC 9.057.582(A), unless the vehicle is completely enclosed within a building, or is not visible from any public way and is located more than two hundred (200) feet from any property line, or unless it is stored on the premises in connection with a lawfully conducted business.

Luis Soria

Compliance Officer

Lane County Public Works

3050 N Delta Highway

Eugene, OR 97408

Luis.Soria@lanecountyor.gov

(541) 682-3525

**EXHIBIT C**

**FOLLOW-UP EMAIL FROM ROBERT BRIDGES**

**September 6, 2023**

**From:**Robert Bridges <rbridges0713@gmail.com>

**To:**Luis Soria

Good morning,

Even if that is the case, then I am still in compliance. The Subaru and the Ford are the only two that are inoperable. That is two. The Chevy, the other Ford, and Dodge run and drive and are my farm rigs that have different uses. As far as the rest of the equipment, they are used for farming. I believe those would be exempt. If that is not the case, then I will spend the next week or so driving around and I will file complaints on every other property I see that appears not to be in compliance.

Another thing I think is one-sided is how Lane County can harass certain people about the code while letting other people not in compliance, who actually affect another's property and not just through a visual issue, skate free. If you ask me, that is not right. But I guess that is just how Lane County treats their veteran families who have helped and continue to help our community.

**EXHIBIT D**

**EMAIL FROM ROBERT BRIDGES**

**January 9, 2024**

**From:**Robert Bridges <rbridges0713@gmail.com>

**To:**Luis Soria

Good afternoon,

I have not heard anything since my last email, and I just assumed this case was closed. Nonetheless, I did remove the Subaru that was in the lower area awhile back and have been working to get the Ford finished. It is really wet and almost impossible to get down there, but I am risking my pasture, vehicles, and my safety so Lane County and my concerned neighbors can be happy.

I am curious about one thing, though: I see Mr. Soria signed off on a complaint that had actual merit, had simply not been satisfied, and furthermore there was no penalty of any sort. Thank you.

## CERTIFICATE OF SERVICE

I certify that on 4-15-26, I served a true and correct copy of the foregoing document and all attached exhibits on all parties entitled to service by the method permitted under the applicable rules.

Robert Bridges

Pro Se Plaintiff