Robert Bridges
83821 N Enterprise Rd
Pleasant Hill OR 97455
541-331-4158

FILED 20 APR '26 13:41 USDC-ORE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| JESSICA N. BRIDGES and ROBERT D. BRIDGES,<br>Plaintiffs,<br><br>vs.<br><br>KEIR MILLER, LUIS SORIA, GARY DARNIELLE and LANE COUNTY, OREGON.<br><br>Defendants. | Case No.: 6: 26-00051-AA<br><br>DECLARATION OF PLAINTIFFS IN OPPOSITION OF MOTION TO DISMISS COMPLAINT |

We Jessica N. Bridges and Robert D. Bridges hereby declare as follows:

Attached is a true copy of the of the Notice of Failure to Comply dated December 18, 2023, referred to in the Complaint in this case, and also a true copy from Defendant Lane County records of the envelope used to mail that Notice to us and returned to Lane County. We never received that mailing. We believe that the date from which the statute of limitations should start to run is the date, that each of us first became aware that each of us did not receive the Notice of Failure to Comply to notify us that we had the right to contest Lane County's penalty stated in the Complaint. *United States v. Kubrick*, 444 U.S. 111 (1979).

Robert Bridges first became aware that he did not receive the Notice of Failure to Comply in an email from Defendant Keir Miller, attached hereto, on January 12, 2024 and Jessica Bridges first became aware that she did not receive the Notice of Failure to Comply subsequent to that date.

I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND THIS DECLARATION IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Dated this 20TH day of April, 2026

Jessica N. Bridges

I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND THIS DECLARATION IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Dated this 20TH day of April, 2026

Robert D. Bridges

CERTIFIED MAIL®

BLIC WORKS DEPARTMENT
ND MANAGEMENT DIVISION
i0 N. DELTA HIGHWAY
GENE, OREGON 97408-1636

EUGENE OR 974
19 DEC 2023 PM 4

7021 2720 0003 1073 2878

quadient
FIRST-CLASS MAIL
IMI
$008.53
12/18/2023 ZIP 97408
043M31227464
US POSTAGE

NC

1/2/20
1-4-24
1-15-24

REASON CHE...
Left No Addre... ...able To Forw...
d - Not Known
d ☐ Refused
treet ☐ No Such Number
Address

Jessica N. & Robert D. Bridges
83821 N Enterprise Rd
Pleasant Hill, OR 97...

NIXIE 971 DE 1 0001/29/24
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 97408163650 *1529-02051-19-31

97455-960621 UNC
97408>1636

**SORIA Luis E**

| | |
|---|---|
| **From:** | MILLER Keir C |
| **Sent:** | Friday, January 12, 2024 4:40 PM |
| **To:** | Robert Bridges |
| **Subject:** | RE: Code officers componence in question |
| **Attachments:** | CA23-00265 NOFTC.pdf; CA23-00265 Order of Civil Penalty.pdf; Scanned from a Xerox Multifunction Printer.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello Mr. Bridges,

I have been timely and responsive to your inquiries. The delay (of less than 24 hours) to your last series of emails can be attributed to several things:

1. I have been under deadline today to complete other urgent commitments,
2. I have been researching the constitutional argument you posed, and
3. I have been gathering additional documentation to address the concerns you raise about improper notice.

Regarding Notice-

You argue that your received no notice of the impending fines. In your email you stated:

*"I received a disturbing letter today stating I owed 7800 and was being charged 780 a day for the issue I thought was cleared up. I hope this is a mistake as I didn't think I was in noncompliance. I just don't understand how this could evolve from emailing and thinking I was ok to civil penalty without any kind of notice."*

This statement you provided to me was false. You received legal and adequate mailed notice as follows:

- An Order to comply sent via certified and regular mail on 9/1/2023. The certified mail was <u>refused</u> and sent back on 9/18/23.
- A Notice of Failure Comply was sent via certified and regular mail on 12/18/23. Neither were returned.
- An Order of Civil Penalty was sent via certified and regular mail on 1/9/2024. Neither were returned to us.

Rejecting service on Certified Mail does not provide you the ability to ignore the law. Further, certified notices were sent on 12/18 and 1/9 and neither were returned. All of these records are attached. You received proper notice.

Regarding you Violation of Civil Rights Claim – You were entitled to appeal the county's fines to a Hearings Official, the decision of the hearings official would have then been appealable to Circuit Court. You did not exercise your right to appeal this matter.

Regarding your additional allegations of wrongdoing on the part of Officer Soria – None of the documentation you have provided demonstrates that Officer Soria has treated you unfairly or differently from other individuals in similar circumstances. Nor have you provided any evidence that Mr. Soria has acted in an incompetent manner.

You are of course, entitled to contact anyone you wish about this matter and I would be happy to detail for them the history of violations on your two properties and the many concerns that have been raised by residents in the area.

Lane County
LAND MANAGEMENT DIVISION
3050 NORTH DELTA HIGHWAY
EUGENE, OREGON 97408
PHONE: 541-682-4065
WEB: www.lanecounty.org/lmd

**BEFORE THE LANE COUNTY HEARINGS OFFICIAL**

| | | |
|---|---|---|
| **LANE COUNTY** | ) | |
| | ) | |
| v. | ) | **NOTICE OF FAILURE TO COMPLY** |
| | ) | |
| **Jessica N. & Robert D. Bridges** | ) | **File: CA23-00265** |
| | ) | |

You have been assessed a civil penalty of **$780.00 per day**, beginning on **December 21, 2023** and continuing until the violations of **Lane Code 9.057.582, Nuisance Vehicle Storage** have been corrected at the property located at Assessor's Map and Tax Lot **19-02-03-00-00700.**

On **September 1, 2023** you ordered to comply with **Lane Code 9.057.582, Nuisance Vehicle Storage**, by removing all inoperable vehicles from the property and not relocate them to Assessor's Map and Tax Lot **19-02-03-00-00706.** The **September 1, 2023**, Order to Comply directed you to comply with the Lane Code requirements by **September 19, 2023.**

A site investigation of the property on **December 1, 2023** documented the nuisance vehicle storage remain unabated on the property.

Your failure to comply has resulted in a civil penalty being assessed against you. Until further notice, the amount of the penalty is **$780.00 for each day** that the violation continues. This penalty has been calculated according to the formula set forth in section 5.005.020 of the Lane Manual.

You may appeal this penalty. To do so, <u>you must submit a written response stating in detail your reasons for appeal</u>. This shall be submitted to the Lane County Land Management Division at 3050 N. Delta Highway, Eugene, Oregon 97408 along with the required **$1,500.00 appeal fee**. In accordance with Lane Manual 5.005.025, in lieu of paying the entire appeal fee initially, <u>an appellant may deposit $100.00 of the required appeal fee with the request for an appeal.</u> The remainder of the appeal fee shall be due and payable if the appeal is denied, and shall be added to the accrued penalty. You must file your completed appeal and the deposit within thirteen (13) days of the date of this Notice. The Penalty will become final if no appeal is filed.

Dated this 18th day of December 2023.

______________________

**Keir Miller, Land Management Division Manager**
**Lane County Land Management**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| JESSICA N. BRIDGES and ROBERT D. BRIDGES,<br>Plaintiffs,<br><br>vs.<br><br>KEIR MILLER, LUIS SORIA, GARY DARNIELLE and LANE COUNTY, OREGON.<br><br>Defendants. | Case No.: 6: 26-00051-AA<br><br>CERTIFICATE OF SERVICE |

I, Robert D. Bridges, do hereby certify that on April 20, 2026, I served the DECLARATION OF PLAINTIFFS IN OPPOSITION OF MOTION TO DISMISS COMPLAINT and the previously filed PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS on the person(s) named below by mailing to same a true copy thereof by United States mail, postage prepaid.

Mallory R. Beebe
Lane County Office of Legal Counsel
125 East 8th Ave.
Eugene OR 97401

Sarah R. Henderson
FRANZ & HENDERSON
PO Box 62
Springfield OR 97477

[signature]

Robert D. Bridges